## Third Department, August, 1972

### (August 9, 1972)

■ The People of the State of New York, Appellant, v. Michael Talutis, Respondent.— Motion for reargument denied. Decision and order modified to indicate that the reversal was on the law alone. Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Simons, JJ., concur.

### (August 11, 1972)

■ The People of the State of New York, Respondent, v. George Foye, Appellant.— Motion for permission to proceed as a poor person granted, provided appeal has been timely taken. The appeal may be perfected in accordance with sections 800.19 through 800.27 of the Rules of Practice (22 NYCRR 800.19–800.27), effective September 1, 1971. Michael Davidoff, Esq., 10 Hamilton Avenue, Monticello, assigned to represent appellant upon this appeal, pursuant to section 722 of the County Law. The court finds a conflict of interest requires such assignment. The County Clerk of Sullivan County is directed to furnish appellant's attorney, without charge, one copy of the trial transcript. Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Simons, JJ., concur.

## First Department, September, 1972

### (September 1, 1972)

■ In the Matter of Benson Realty Corp. v. Albert A. Walsh et al.— The cross motion to dismiss the purported appeal by intervenors is granted because they have no standing, since they were not parties to the original proceeding and permission to intervene was given after the time to appeal had expired. The motion for a stay of enforcement of the order of Justice Fino, entered in the Supreme Court, New York County, on or about June 3, 1972, granting interim base rent orders and the motion by Robert Abrams, President of the Borough of Bronx, requesting leave to intervene or alternatively to file a brief amicus curiae, are denied as moot and academic. The stay, dated August 29, 1972, affixed to the notice of motion, is vacated. Concur — Stevens, P. J., Markewich, McNally, Steuer, and Capozzoli, JJ.